**Order entered February 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00046-CV

## IN RE MARK SCHWARZ, NEWCASTLE CAPITAL MANAGEMENT, L.P., NEWCASTLE CAPITAL GROUP L.L.C., AND GEOWORKS CORPORATION, Relators

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-00144-M**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **LIFT** this Court's January 22, 2019 stay of the trial court's September 25, 2018 order. We **ORDER** relators to bear the costs, if any, of this original proceeding.

/s/ ADA BROWN
JUSTICE